Gerald A. Hayes

VS.

STATE of TEXAS

Court of Criminal Appeal
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

PD 1547-14
COA 01-0900437-CR

Petititioner's Notice of Clerk's Delay
And Request For Time Extension To File

TO Honorable Court And Clerk:

Petitioner, Gerald A. Hayes filed a PDR before this Court to Address Court of Appeal 1st District errors pertaining to an Anders briefing And Affirming of Conviction. The PDR briefing WAS timely filed, And discretionary review Refused on 5/20/2015 but Not Recieved via U.S mail Ellis Unit mailRoom until June 1, 2015. It is believed this delay is in part to the lack of meter-mail postage And Appropiate U.S. mail processing due to Reasons outside the control of the petitioner. (See: enclosed whitecard) This delay of timely Notice has created prejudice to the petitioner, who intends to file a motion for Rehearing, pursuant TRAP 69.4, 74.9 (15 days) from Refusal order.

Due to the delay of Notice by either the U.S mailing or the Clerk's office, the petitioner moves the Court to grant a time extension to file a motion for Rehearing-Reconsideration, based on the merits of the case And Record before the court. wherefore premises considered, petitioner prays the court will grant a time extension to file motion for Rehearing that will encompass mailing time/delay

Respectfully
Gerald Hayes
6-1 2015.

## Certificate of Service

This is a certify that a true and correct copy of the foregoing document has been forwarded by U.S. mail via inmate Box Rule - Ellis Unit Huntsville on June 1 2015 to:

- Court of Criminal Appeal
- State Prosecuting Attorney

Gerald Hayes
#1578806
6-1 2015



TX 77343

Court of Criminal Appeal
PO BOX 12308
CAPITOL ST.
Austin, TX 78711

78711230808

Legit

---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**5/20/2015**                                                    COA No. 01-09-00437-CR
**Hayes, Gerald**          Tr. Ct. No. 1198372                              PD-1547-14
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

C4
3-5

GERALD HAYES
TDC# 1578806
ELLIS UNIT
1697 FM 980
HUNTSVILLE, TX 77343

Recieved
June 1 2015